IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KONRAD GRABOWSKI,

    Plaintiff,

v.

ILLINOIS INSTITUTE OF TECHNOLOGY,

    Defendant.

Case No. 16-cv-11564

Hon. Sheila Finnegan, Magistrate Judge

## Stipulation of Dismissal

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Konrad Grabowski and Defendant Illinois Institute of Technology stipulate to the dismissal of this case with prejudice. The parties will bear their own costs and attorney's fees.

KONRAD GRABOWSKI

By:/s David B. Levin
    One of his attorneys

Todd M. Friedman
David B. Levin
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
*Counsel for Plaintiff*

ILLINOIS INSTITUTE OF TECHNOLOGY,

By: /s William R. Pokorny
    One of its attorneys

William R. Pokorny
Scott L. Warner
Karen L. Courtheoux
Franczek Radelet, P.C.
300 S. Wacker Drive
Suite 3400
Chicago, IL 60606
*Counsel for Defendant*